E-FILED 12/7/18

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVORN POM and BUNTHOEUN POM,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50, Inclusive,<br><br>Defendant. | No.: 2:17-cv-9124 PSG (JEMx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Date: 11-26-18<br>Time: 1:30 p.m.<br>Courtroom: 6A<br><br>Complaint Filed: 09/15/2017<br>L/D to file Motion: 11/13/2018<br>Trial: 02/05/2019 |

This action came on for hearing before the Court, on November 26, 2018, Hon. Philip S. Gutierrez, District Judge Presiding, on a Motion for Summary Judgment by Defendant COSTCO WHOLESALE CORPORATION, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs SAVORN POM and BUNTHOEUN POM, shall take nothing by way of their Complaint as against Defendant COSTCO WHOLESALE CORPORATION and that the action be dismissed on the merits.

Costs are awarded to Defendant according to proof.

DATED: 12/7/18

PHILIP S. GUTIERREZ
_____
HONORABLE PHILIP S. GUTIERREZ

1
[PROPOSED] JUDGMENT